IN THE COUNTY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

ELIZABETH MARTIN     PLAINTIFF

V.     NO. 20-2291

PATRICIA MARSHALL     DEFENDANT

## COMPLAINT

Plaintiff, Elizabeth Martin, files this her Complaint for Discovery and Other Relief against the Defendant, Patricia Marshall, and in support thereof would show unto the Court the following:

1. Plaintiff, Elizabeth Martin, is an adult resident citizen of Jackson, Mississippi whose address is 405 Tombigbee Street, Jackson, Mississippi 39201.

2. Defendant, Patricia Marshall, is an adult resident citizen of Fresno, California whose address is 6002 W. Fallon Ave., Fresno, California 93722.

3. The Defendant, Patricia Marshall, is a non-resident of the State of Mississippi but has committed a tort in the State of Mississippi against a resident of the State of Mississippi and as a result thereof may be served with process pursuant to the Mississippi Rules of Civil Procedure.

## COUNT I

4. Plaintiff, Elizabeth Martin, to the best of her knowledge, has never met the Defendant, Patricia Marshall, and has had only limited involvement with Patricia Marshall.


EXHIBIT 1

Elizabeth Martin has generally lived her life in a peaceful manner and has not ever disparaged the lives or reputations of any individuals.

5. Plaintiff would show that she suffered damages as a result of the continuing disparaging remarks made by Patricia Marshall without any known reason or justification. Plaintiff has suffered damages as a result of the disparagement of her name and reputation.

6. Despite the fact that Elizabeth Martin does not know Patricia Marshall, and had only limited involvement with Patricia Marshall, on numerous occasions (beginning in January 2018 and continuing through May 29, 2020), posted disparaging and libelous remarks about Plaintiff on several social media platforms online. Defendant, Patricia Marshall, posted photos of Plaintiff online on numerous occasions, violating her right to privacy and causing Elizabeth Martin intentional infliction of emotional distress. Defendant posted a manipulated photo of Plaintiff on Defendant's Tumblr blog on November 11, 2019. Defendant created an Instagram account on January 3, 2020 entirely for the purpose of further defaming Plaintiff. On this Instagram account, Defendant posted photos of Plaintiff and various social media posts of Plaintiff without Plaintiff's permission, the intent of which was to defame Plaintiff's character. On May 29, 2020, Defendant posted screen shots of Plaintiff's Twitter account onto Defendant's Twitter, along with insulting, disparaging, and racially-charged remarks, further harassing Plaintiff and violating her right to privacy. The posting of these photos violated the Terms of Service and Community Guidelines for each respective social media platform.

7. Defendant also attempted to bring harm to Plaintiff by posting Plaintiff's personal information online with the intent to further defame Plaintiff and encourage others to do her (Plaintiff) harm. On February 7, 2018, Defendant posted Plaintiff's full name, age, undergraduate

2

college name, and degree path on Twitter, requesting that another Twitter account "expose" Plaintiff. The Twitter post also contained photos of Plaintiff similarly used without Plaintiff's permission. This intentional infliction of emotional distress caused Plaintiff worry, fear for her (Plaintiff's) safety, and concern for possible interference with her (Plaintiff's) legal career.

8. Defendant called Plaintiff's mother and sent a message to Plaintiff's father on November 16, 2019. Defendant obtained Plaintiff's parents' private cell phone numbers and repeatedly called Plaintiff's mother on November 16, 2019. Upon answering the phone, Plaintiff's mother was subjected to an onslaught of verbal abuse from Defendant. In the phone call, the Defendant made numerous profanities, and threatened to get Plaintiff "kicked out of her school in Mississippi." This intentional infliction of emotional distress and violation of Plaintiff's right to privacy caused Plaintiff worry, fear for her (Plaintiff's) safety, fear for Plaintiff's parents' safety, and concern for possible interference with her (Plaintiff's) legal career.

9. Defendant posted libelous and defamatory statements about Plaintiff's character online on August 30, 2019, March 8, 2018, February 7, 2018, and numerous other occasions. On August 30, 2019, Defendant posted private conversations involving Plaintiff online with intent to defame Plaintiff's character. On numerous occasions, Defendant attempted to defame Plaintiff through social media posts, several of which included Plaintiff's private personal information. This intentional infliction of emotional distress and violation of Plaintiff's right to privacy caused Plaintiff worry and emotional distress.

10. Since January 2018, Defendant has continuously harassed, threatened, defamed, and violated Plaintiff's right to privacy with no indication of stopping. On December 3, 2019, Plaintiff's attorney mailed Defendant a cease and desist letter insisting and demanding that the

Defendant cease the malicious and libelous conduct. Despite Plaintiff's attorney's letter, the Defendant continued with the defamatory conduct and intentional infliction of emotional distress. The instances of harassment on January 3, 2020 and May 29, 2020 both occurred after Defendant received the cease and desist letter, and Defendant shows no intention of ceasing her malicious and defamatory conduct.

11. As a direct result of Defendant's intentional infliction of emotional distress and malicious and willful conduct, Plaintiff has suffered emotional distress, worry, inability to sleep, fear for her (Plaintiff's) safety, fear for her (Plaintiff's) parents' safety, damages on her (Plaintiff's) legal career, and other substantial injuries and damages.

12. Plaintiff, as a direct result of Defendant's acts and omissions, gross and willful conduct, defamatory statements, leaking of personal information, and the other causes of action more specifically set out above, has suffered and will suffer damages in the amount in excess of $100,000.00 in the future.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands Judgment of and from the Defendant, Patricia Marshall, for Plaintiff's actual damages in an amount in excess of $100,000.00, and punitive damages in the amount of $500,000.00, or a sum sufficient to deter Patricia Marshall from such oppressive conduct in the future; plus prejudgment interest; post judgment interest; and all costs.

Respectfully submitted, this the 9Th day of JUNE, 2020.

PLAINTIFF
By: _____
WAYNE E. FERRELL, JR.

OF COUNSEL:

WAYNE E. FERRELL, JR.
Mississippi Bar No. 5182
Attorney at Law
Law Offices of Wayne E. Ferrell, Jr., PLLC
405 Tombigbee Street
Post Office Box 24448
Jackson, Mississippi 39225-4448
(601) 969-4700

5

Case: 25CH1:20-cv-02291-LCS   Document #: 2-1   Filed: 06/09/2020   Page 1 of 1

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Court Identification Docket #: 25 / 1 / CH / 2020 / 2291

Month/Date/Year: 06/09/20

Mississippi Supreme Court   Form AOC/01
Administrative Office of Courts   (Rev 2009)

This area to be completed by clerk

Case Number if filed prior to 1/1/94: _____

In the COUNTY Court of **HINDS** County — Judicial District

## Origin of Suit (Place an "X" in one box only)
- [XX] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

## Plaintiff
Individual: **MARTIN, ELIZABETH**
- Last Name: MARTIN
- First Name: ELIZABETH

Address of Plaintiff: 405 TOMBIGBEE ST., JACKSON, MS 39201

Attorney (Name & Address): WAYNE E. FERRELL, JR., 405 TOMBIGBEE ST., JACKSON, MS 39201   MS Bar No. 5182

## Defendant
Individual: **MARSHALL, PATRICIA**
- Last Name: MARSHALL
- First Name: PATRICIA

## Damages Sought
Compensatory $ _____   Punitive $ _____   [ ] Check if child support is contemplated as an issue in this suit.

## Nature of Suit (Place an "X" in one box only)

### Domestic Relations
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other _____

### Appeals
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other _____

### Business/Commercial
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other _____

### Probate
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other _____

### Children/Minors - Non-Domestic
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other _____

### Civil Rights
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other _____

### Contract
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other _____

### Statutes/Rules
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other _____

### Real Property
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other _____

### Torts
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [X] Other **Invasion of privacy**

IN THE COUNTY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

ELIZABETH MARTIN                                                        PLAINTIFF

V.                                                    NO. 20-2291

PATRICIA MARSHALL                                                       DEFENDANT

## SUMMONS

THE STATE OF MISSISSIPPI
TO:   Patricia Marshall
      6002 W. Fallon Ave.
      Fresno, CA 93722

## NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Wayne E. Ferrell, Jr., the attorney for the Plaintiff, whose address is Post Office Box 24448, 405 Tombigbee Street, Jackson, Mississippi 39225-4448. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response to this Complaint with the Clerk of this Court within thirty (30) days from the date of delivery of this Summons and Complaint.

Issued under my hand and seal of said Court, this the 9 day of June, 2020.

(SEAL)

CIRCUIT CLERK

_____
DEPUTY CLERK

ZACK WALLACE, CIRCUIT CLERK
HINDS COUNTY, FIRST DISTRICT
P. O. BOX 327
JACKSON, MS 39205

## PROOF OF SERVICE-SUMMONS

TO:   Patricia Marshall
        6002 W. Fallon Ave.
        Fresno, CA 93722

    I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

\_\_\_\_\_ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.
    By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

\_\_\_\_\_ PERSONAL SERVICE.
    I personally delivered copies to _____ on the \_\_\_\_\_ day of _____, 2020, where I found said person in _____ County of the State of Mississippi.

\_\_\_\_\_ RESIDENCE SERVICE.
    After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the \_\_\_\_ day of _____, 2020, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the \_\_\_ day of _____, 2020, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

\_\_\_\_\_ CERTIFIED MAIL SERVICE.
    By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service, I was at least eighteen years of age and not a party to this action.

This the \_\_\_\_ day of _____, 2020.

_____
PROCESS SERVER

    SWORN TO AND SUBSCRIBED BEFORE ME, this the \_\_\_\_ day of _____ 2020.

_____
NOTARY PUBLIC

My Commission expires:

_____

IN THE COUNTY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

ELIZABETH MARTIN                                                    PLAINTIFF

V.                                                        NO. 20-2291

PATRICIA MARSHALL                                                   DEFENDANT

## SUMMONS

THE STATE OF MISSISSIPPI
TO:   Patricia Marshall
      6002 W. Fallon Ave.
      Fresno, CA 93722

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Wayne E. Ferrell, Jr., the attorney for the Plaintiff, whose address is Post Office Box 24448, 405 Tombigbee Street, Jackson, Mississippi 39225-4448. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response to this Complaint with the Clerk of this Court within thirty (30) days from the date of delivery of this Summons and Complaint.

Issued under my hand and seal of said Court, this the 9 day of June, 2020.

(SEAL)

CIRCUIT CLERK

_____
DEPUTY CLERK
ZACK WALLACE, CIRCUIT CLERK
HINDS COUNTY, FIRST DISTRICT
P. O. BOX 327
JACKSON, MS 39205

ATTEST A TRUE COPY

JUN 09 2020

ZACK WALLACE, CIRCUIT CLERK
BY _____ D.C.

## PROOF OF SERVICE-SUMMONS

TO:  Patricia Marshall
     6002 W. Fallon Ave.
     Fresno, CA 93722

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.
By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

_____ PERSONAL SERVICE.
I personally delivered copies to _____ on the _____ day of _____, 2020, where I found said person in _____ County of the State of Mississippi.

_____ RESIDENCE SERVICE.
After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the _____ day of _____, 2020, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, 2020, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

__X__ CERTIFIED MAIL SERVICE.
By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service, I was at least eighteen years of age and not a party to this action.
This the 7th day of July, 2020.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 7th day of July 2020.

_____
NOTARY PUBLIC

My Commission expires:

3-18-23

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patricia Marshall
6002 W Fallon Ave
Fresno, CA 93722

9590 9402 2505 6306 5378 91

2. Article Number (Transfer from service label)

7017 0530 0001 1136 0333

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X MP29 O-19   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MP29 CMT                          6/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Express®
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Marshall
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7017 0530 0001 1136 0333

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions