**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ELIZABETH MARTIN**                                                           **PLAINTIFF**

**v.**                                                    **CAUSE NO. 3:20-cv-460-CWR-LRA**

**PATRICIA MARSHALL**                                                       **DEFENDANT**

## NOTICE OF INTENT NOT TO RESPOND

COMES NOW, Defendant, Patricia Marshall, and gives notice that she does not contest Plaintiff's Motion for Leave of Court to File an Amended Complaint (DKT #5), and hereby gives notice that she does not intend to respond.

This the 3rd day of August, 2020.

**Patricia Marshall**

BY: */s/Christian Medina*
Christian Medina (MSB#105708)

OF COUNSEL:
Christian Medina (MSB#105708)
Danks, Miller & Cory
213 S. Lamar Street (39201)
Post Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601/957-3101
Facsimile: 601/957-3160

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify the foregoing pleading was filed electronically with the Clerk of Court

and served on the following persons using the CM/ECF:

Wayne E. Ferrell, Jr.
Law Offices of Wayne E. Ferrell, Jr.
P.O. Box 24448
Jackson, MS 39225

*/s/Christian Medina*
Christian Medina