

 **Patricia Marshall** ▸ sounds like some white people bullshit, but OK

4 mins

CW: Racist yt woman, Nazi Sympathizer, Nazi, Anti-Antifa, Guns

This woman runs a Diabolik Lovers Discord group and I was kicked from her group because I "started drama."

Her name is Elizabeth Martin, 20 years old, goes to Tech University, and has a Discord and Tumblr.

More screenshots later.

**Everyone's Personal Laito** - Today at 1:25 PM
I want another Dear White People series btw ;
But instead of 40 minutes an episode they nee[d] to take the episodes like an hour and 20 minut[es] or something.

**Jingle-sama** - Today at 3:58 PM
I personally don't like feeling guilty for something I didn't do/aren't responsible for



EXHIBIT A





"I support rape babies cause they deserve a chance at life"



#you look like a fucking clown  #diabolik lovers
#diabolikblooddoll  #silk-stockingshrew



11:24



*titania*
@titanialynida

Of course this dumb no lip having ass hoe would protect her tweets after rt racist tweets and making racist tweets herself. You can't do your eyeliner right or be honest about yourself. Yt conservative women are the most pussy ass bitches I know. Periodt.



**Eli-chan** 🔒

Dumpster fire desu 🌸 Lancer class disaster  Weeb and brony garbage 🌱
Conservative law student — Elizabeth Báthory in the flesh

United States   Joined February 2013

372 Following   60 Followers

Tweet your reply

4:54

# Tweet



titania
@titaniawynida

We get it, Susan. You hate POC and don't want to admit having a RWDS shirt. The caucasity to say this after another Black person was brutally murdered by the police and minimize Black people's voices/suffering while still convincing people you're "not like them". Okay, Nazi.



**Eli-chan**
I shouldn't have to say it, but you can be against violence against one race and also be against sweeping generalizations of another race

Tweet your reply

10:01 ⓘ LTE

🔒 mobile.twitter.com

Search Twitter

Log in        Sign up

year because they can't afford to go to a doctor on time.

○ 500    ⟳ 7K    ♡ 33.6K

**Titania** @titanialynida · 7h
Can't even keep a man around no more than 24 hours to save their traditional values and have the audacity to make comments about other people? Have fun crying while I'm still getting dick.

**Titania** @titanialynida · 7h
I'm not perfect by no means, but at least my mother raised me better than to sit around idolizing Shirley Temple and Dumbo to later look and act like a fucking clown in my 20's. Unseasoned heathen always wants attention 'cause nobody wants their musty ass anyways.

⟳ Titania Retweeted

🌷 **Shahid Buttar for Congress** ✓ · 1h
US House candidate, CA-12
Because for 30 years, Nancy Pelosi has never



**titania** 
@titanialynida

Funny how conservative women cry about nobody loving them after a 2 week relationship. Maybe if you weren't such bigoted and narrow minded people, maybe someone will actually see your worth. It's called growth and holding your actions with accountability.

3:09 PM · Jul 17, 2020 · Twitter for iPhone

1 Like

**titania** @titanialynida · Jul 17
Replying to @titanialynida
Normal people don't want to be involved with someone who can't take constructive criticism and don't challenge themselves by listening and learning from others with their experiences. A relationship isn't just sunshine



< **Tweet**

 ☆ K.G.M. ☆ 🔁 @CanPanicNow · 1d
Exposing racist law students is a part of fighting racism in the law. Racist law students become lawyers, lawmakers, judges, prosecutors, and public defenders.

💬 114    🔁 90.5K    ♡ 166    ⬆

 titania 🌹
@titanialynch

Replying to @CanPanicNow

@CanPanicNow Please be sure to get back to me via DM's. I sent you a message in regards to an incident I'm having. Thank you!

3:05 PM · 6/13/20 · Twitter for iPhone

Tweet your reply









Show this thread


𝒯𝒾𝓉𝒶𝓃𝒾𝒶 🐥 NSFW @queenofae · 8m
You really don't wanna fuck with me anymore, puta. You'll find out exactly what I went through in that fandom if you're not careful :>


𝒯𝒾𝓉𝒶𝓃𝒾𝒶 🐥 NSFW @queenofae · 1m
So please girl, continue to stalk me but just remember; your "close" guy friend saw my whole asscheeks before you became his second option 💅 💜 Stay mad and ugly.


𝒯𝒾𝓉𝒶𝓃𝒾𝒶 🐥 NSFW @queenofae · 7m
Imagine being so basic you have to hide your tattoos from your parents lmfaoooooo

**Who to follow**



