IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELIZABETH MARTIN                                                                              PLAINTIFF

V.                                                                        CAUSE NO. 3:20-CV-460-CWR-LGI

PATRICIA MARSHALL                                                                          DEFENDANT

## ORDER

Before the Court is the defendant's second motion to dismiss. Docket No. 48. It was filed more than one year after the pleadings closed. *See* Docket No. 10.

After considering the motion under the Rule 12(c) standard, the Court declines to render judgment on the pleadings. The plaintiff has adequately stated a claim on all her causes of action. Whether they will survive summary judgment is another matter, and that will be addressed when the pending cross-motions for summary judgment are taken up.

The motion to dismiss is denied.

**SO ORDERED**, this the 21st day of December, 2021.

                                                            s/ Carlton W. Reeves
                                                            UNITED STATES DISTRICT JUDGE