IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELIZABETH MARTIN                                                                                   PLAINTIFF

V.                                                                    CAUSE NO. 3:20-CV-460-CWR-LGI

PATRICIA MARSHALL                                                                             DEFENDANT

## ORDER

Before the Court are the plaintiff's motions for an injunction and to seal this case. Docket Nos. 52 and 56. On review, the motions are due to be denied, essentially for the reasons stated in the defendant's opposition briefs.

The motions are denied.

**SO ORDERED**, this the 21st day of December, 2021.

                                                    s/ Carlton W. Reeves
                                                   UNITED STATES DISTRICT JUDGE